# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Kevin Patrick Wheeler

                                          Plaintiff,

v.                                                             Case No.: 1:09–cv–04962

                                                                        Honorable Ronald A. Guzman

Lisle–Woodridge Fire District

                                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 26, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Motion by Plaintiff Kevin Patrick Wheeler for leave to file amended complaint [15] is granted. Amended complaint to be filed on or before 2/9/10. Defendant to answer or otherwise plead on or before 2/23/10. Motion by Defendant Lisle–Woodridge Fire District to dismiss Complaint for Employment Discrimination [10] is terminated as moot. Status hearing set for 2/24/2010 at 09:30 AM. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.