# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Kevin Patrick Wheeler

                              Plaintiff,

v.                                                   Case No.: 1:09−cv−04962
                                                        Honorable Ronald A. Guzman

Lisle−Woodridge Fire District

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 24, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Defendant not in court. Status hearing held on 2/24/2010. Status hearing set for 3/10/2010 at 09:30 AM. Defendant is ordered to be present at the next status hearing or face possible sanctions. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.