**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Kevin Patrick Wheeler, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 09CV4962 |
| | ) | Judge Ronald A. Guzman |
| Lisle-Woodridge Fire | ) | |
| Protection District, | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant. | ) | |

## JOINT REPORT OF PARTIES' PLANNING MEETING

1. The following persons participated in a Rule 26(f) conference on March 3, 2010:

   Pro-Se Plaintiff – Kevin Patrick Wheeler
   Counsel for the Defendant – Attorney Stephen H. DiNolfo

2. **Initial Disclosures**. The parties will complete the initial disclosures required by Rule 26(a)(1) by March 31, 2010.

3. **Discovery Plan**. The parties propose:

   (a) Written Discovery to be propounded by April 30, 2010;
   (b) The number of Interrogatories shall be governed by Fed. R. Civ. P. 33(a);
   (b) Written Discovery to be answered by June 30, 2010;
   (c) Depositions (excluding experts) to be completed by September 30, 2010;
   (d) Motions for Summary Judgment to be filed by October 30, 2010;
   (e) Experts if needed after Court ruling on Motion for Summary Judgment;
   (f) Supplementations to Initial Disclosures and Discovery Responses under Rule 26(e) shall be made in a timely manner after discovery of the information or as ordered by the Court.

Dated: March 4, 2010

| | |
|---|---|
| /s/ Kevin Patrick Wheeler | /s/ Stephen H. DiNolfo |
| Kevin Patrick Wheeler | Stephen H. DiNolfo |
| Pro-Se Plaintiff | Attorney for Defendant |
| | |
| Kevin Patrick Wheeler | ARDC Number: 6206823 |
| 667 Turtledove Lane | Stephen H. DiNolfo |
| New Lenox, Illinois 60451 | Ottosen Britz Kelly Cooper & Gilbert, Ltd. |
| Phone: (815) 462-4678 | 1804 N. Naper Blvd; Suite 350 |
| | Naperville, Illinois 60563 |
| | Phone: 630-682-0085 |