## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Kevin Patrick Wheeler, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 09CV4962 |
| ) | Judge Ronald A. Guzman |
| Lisle-Woodridge Fire ) | |
| Protection District, ) | Magistrate Judge Susan E. Cox |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING AND MAILING

To:  Kevin Patrick Wheeler
    667 Turtledove Lane
    New Lenox, IL 60451

PLEASE TAKE NOTICE that on the 4th day of March, 2010 I filed with the United States District Court for the Northern District of Illinois, Eastern Division, **JOINT REPORT OF PARTIES' PLANNING MEETING** a copy of which is attached hereto.

/s/ Stephen H. DiNolfo
Stephen H. DiNolfo

ARDC Number: 6206823
Stephen H. DiNolfo
Ottosen Britz Kelly Cooper & Gilbert, Ltd.
1804 N. Naper Blvd; Suite 350
Naperville, Illinois 60563
630-682-0085

### PROOF OF SERVICE

I, the undersigned, on oath state that I served a true and correct copy of this notice by electronic filing of same and by placing a true and correct copy of same in the U.S. Mail, with proper postage prepaid, to the above persons on this 4th day of March, 2010.

/s/ Stephen H. DiNolfo
Stephen H. DiNolfo

SUBSCRIBED AND SWORN TO before me
this 4th day of March, 2010.

/s/ Erin O'Malley
    Notary Public